**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACQUELINE KIM, | ) | Case No. EDCV 15-01852 (DTBx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| PATENAUDE & FELIX, A.P.C., ET AL. | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>November 25, 2015</u>

                                        VIRGINIA A. PHILLIPS
                              United States District Judge